-(103 So. 912)

**Ex parte Ben LUCAS.  (2 Div. 873.)**

-(Supreme Court of Alabama.  April 9, 1925.)

. Certiorari to Court of Appeals.

Jerome T. Fuller, of Centerville, for petitioner.

. Lavender & Thompson, of Centerville, opposed.

MILLER, J. Petition of Ben Lucas for certiorari to the Court of Appeals to review and

revise the judgment and decision of that court in the case of Lucas v. Belcher, 103 So. 909.

Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.